UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

In Re:

Dawn D'Aguilar

            Debtor.

_____

**NOTICE OF MOTION FOR**
**TERMINATION OF AUTOMATIC STAY**

Case No.: 24-10685-pb
(Chapter 13)

Assigned to:
Hon. Philip Bentley
Bankruptcy Judge

    Please take notice that Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, a secured creditor of Debtor, by the undersigned attorneys, will move this Court on August 15, 2024 at 9:30 am or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, One Bowling Green, 6th Floor, New York, NY 10004 for an Order pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C §1322(b)(5) terminating the automatic stay as to movant's interest in real property commonly known as 1815 Endenwald Avenue, Bronx, NY 10466 and for such other relief as the Court may deem proper.

Dated: July 11, 2024

                                          /s/ Ehret Van Horn
                                      Ehret Anne Van Horn, Esq.
                                      Gross Polowy LLC
                                      Attorneys for Secured Creditor
                                      Fay Servicing, LLC as servicer for U.S. Bank Trust
                                      National Association, not in its individual capacity,
                                      but solely as Trustee of LSF9 Master Participation
                                      Trust
                                      1775 Wehrle Drive, Suite 100
                                      Williamsville, NY 14221
                                      Tel.: (716) 204-1700

TO:

| | |
|---|---|
| Dawn D'Aguilar<br>P.O. Box 1351<br>Bronx, NY 10466 | Pro Se Debtor |
| Thomas C. Frost, Esq.<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | Chapter 13 Trustee |
| U.S. Trustee<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | U.S. Trustee |