# EXHIBIT C




# DRIVE-BY BPO
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value
**$775,000**

Please Note: This report was completed with the following assumptions: Market Approach: **Fair Market Price**, Marketing Time: **Typical**. Important additional information relating to this report, including use and restrictions, is contained in an attached addendum which is an integral part of this report.

| | | | |
|---|---|---|---|
| **Address** | 1815 Endenwald Ave, Bronx, NY 10466 | **Order ID** | 9196375 |
| **Inspection Date** | 03/06/2024 | **Date of Report** | 03/06/2024 |
| **Loan Number** | 273713 | **APN** | 050090040 |
| **Borrower Name** | DAGUILAR, DAWN | **County** | Bronx |

**Property ID** 35154484

### Tracking IDs

| | | | |
|---|---|---|---|
| **Order Tracking ID** | Mon Mar 04 24 5:00P - Tue Mar 05 24 5:00 P Batch | **Tracking ID 1** | 273713 |
| **Tracking ID 2** | -- | **Tracking ID 3** | -- |

## General Conditions

| | |
|---|---|
| **Owner** | TAIWO DAGUILAR |
| **R. E. Taxes** | $6,556 |
| **Assessed Value** | $34,042 |
| **Zoning Classification** | Residential R4-1 |
| **Property Type** | Multifamily |
| **Occupancy** | Occupied |
| **Ownership Type** | Fee Simple |
| **Property Condition** | Average |
| **Estimated Exterior Repair Cost** | $0 |
| **Estimated Interior Repair Cost** | $0 |
| **Total Estimated Repair** | $0 |
| **HOA** | No |
| **Visible From Street** | Visible |
| **Road Type** | Public |

**Condition Comments**

subject is a two family property which appears to be in average condition. subject is located within close proximity to many amenities all within 1/2 - 3 mile radius. subject information is gathered by tax records. room count is brokers estimate. no listing history found. located in a typical urban area - within close proximity to a well traveled street, shopping, schools - there is no negative impact on marketability/price conclusion - all comps are of similar external influence. subject conforms to neighborhood.

## Neighborhood & Market Data

| | |
|---|---|
| **Location Type** | Urban |
| **Local Economy** | Stable |
| **Sales Prices in this Neighborhood** | Low: $519020 <br> High: $953000 |
| **Market for this type of property** | Remained Stable for the past 6 months. |
| **Normal Marketing Days** | >180 |

**Neighborhood Comments**

Neighborhood offers many amenities with easy access to major highways and public transportation all within 1/2 - 3 mile radius. Properties in the area are diverse in style, size and age

**DRIVE-BY BPO**
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value
**$775,000**

## Current Listings

|  | Subject | Listing 1 * | Listing 2 | Listing 3 |
|---|---|---|---|---|
| **Street Address** | 1815 Endenwald Ave | 4346 Edson Avenue | 4027 Edson Avenue | 1779 Edenwald Avenue |
| **City, State** | Bronx, NY | Bronx, NY | Bronx, NY | Bronx, NY |
| **Zip Code** | 10466 | 10466 | 10466 | 10466 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.39 [1] | 0.23 [1] | 0.07 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | $ | $850,000 | $799,000 | $875,000 |
| **List Price $** | -- | $850,000 | $799,000 | $875,000 |
| **Original List Date** |  | 07/01/2023 | 09/05/2023 | 01/04/2024 |
| **DOM · Cumulative DOM** | -- · -- | 249 · 249 | 183 · 183 | 62 · 62 |
| **Age** (# of years) | 94 | 99 | 110 | 59 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial |
| **# Units** | 2 | 2 | 2 | 2 |
| **Living Sq. Feet** | 2,341 | 1,908 | 1,848 | 2,860 |
| **Bdrm · Bths · ½ Bths** | 6 · 2 | 5 · 2 | 8 · 2 | 6 · 2 |
| **Total Room #** | 10 | 9 | 12 | 10 |
| **Garage** (Style/Stalls) | None | None | None | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 100% | 100% | 100% | 100% |
| **Basement Sq. Ft.** | 800 | 800 | 800 | 800 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.06 acres | 0.05 acres | 0.06 acres | 0.06 acres |
| **Other** | none | none | none | none |

* Listing 1 is the most comparable listing to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**Listing Comments** Why the comparable listing is superior or inferior to the subject.

| Listing 1 | equal to subject. Two family property featuring three/two bedroom apartments. located in close proximity to transportation, shopping district. close to MTA Bus and train few minute drive to all major highways |
| Listing 2 | equal to subject. 2 family property offering four/four bedroom apartments. close to many amenities. easy access to major highways and public transportation |
| Listing 3 | equal to subject. Two family brick property conveniently located close to all amenities with easy access to major highways and public transportation. |

# DRIVE-BY BPO
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value  **$775,000**

## Recent Sales

| | Subject | Sold 1 * | Sold 2 | Sold 3 |
|---|---|---|---|---|
| **Street Address** | 1815 Endenwald Ave | 4129 Edson Ave | 4016 Baychester Ave | 920 E 226th St |
| **City, State** | Bronx, NY | Bronx, NY | Bronx, NY | Bronx, NY |
| **Zip Code** | 10466 | 10466 | 10466 | 10466 |
| **Datasource** | Public Records | MLS | MLS | MLS |
| **Miles to Subj.** | -- | 0.15 [1] | 0.28 [1] | 0.53 [1] |
| **Property Type** | Multifamily | Multifamily | Multifamily | Multifamily |
| **Original List Price $** | -- | $925,000 | $805,000 | $839,000 |
| **List Price $** | -- | $800,000 | $805,000 | $799,000 |
| **Sale Price $** | -- | $770,000 | $787,500 | $775,000 |
| **Type of Financing** | -- | Conventional | Conventional | Conventional |
| **Date of Sale** | -- | 12/01/2023 | 10/20/2023 | 12/11/2023 |
| **DOM · Cumulative DOM** | -- · -- | 276 · 276 | 155 · 155 | 53 · 53 |
| **Age** (# of years) | 94 | 99 | 59 | 64 |
| **Condition** | Average | Average | Average | Average |
| **Sales Type** | -- | Fair Market Value | Fair Market Value | Fair Market Value |
| **Location** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **View** | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential | Neutral ; Residential |
| **Style/Design** | 2 Stories colonial | 2 Stories colonial | 2 Stories colonial | 3 Stories colonial |
| **# Units** | 2 | 2 | 2 | 2 |
| **Living Sq. Feet** | 2,341 | 2,400 | 2,280 | 3,432 |
| **Bdrm · Bths · ½ Bths** | 6 · 2 | 4 · 2 | 5 · 2 · 1 | 8 · 2 |
| **Total Room #** | 10 | 8 | 9 | 12 |
| **Garage** (Style/Stalls) | None | None | Attached 2 Car(s) | None |
| **Basement** (Yes/No) | Yes | Yes | Yes | Yes |
| **Basement** (% Fin) | 100% | 100% | 100% | 100% |
| **Basement Sq. Ft.** | 800 | 800 | 800 | 800 |
| **Pool/Spa** | -- | -- | -- | -- |
| **Lot Size** | 0.06 acres | 0.05 acres | 0.04 acres | 0.08 acres |
| **Other** | none | none | none | none |
| **Net Adjustment** | -- | +$5,000 | -$15,500 | -$26,000 |
| **Adjusted Price** | -- | $775,000 | $772,000 | $749,000 |

* Sold 1 is the most comparable sale to the subject.
[1] Comp's "Miles to Subject" was calculated by the system.
[2] Comp's "Miles to Subject" provided by Real Estate Professional.
[3] Subject $/ft based upon as-is sale price.

**DRIVE-BY BPO**
by ClearCapital

1815 ENDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
● As-Is Value 

## Recent Sales - Cont.

**Reasons for Adjustments** *Why the comparable sale is superior or inferior to the subject.*

**Sold 1**    adj for bedroom 4000, lot size 1000, NO adjustment needed for total room count difference. equal to subject. Two family property consisting of 2/2/finished basement. close to many amenities. easy access to major highways and public transportation

**Sold 2**    adj for age -10500, gar -10000, bedroom 2000, half bath -1000, lot size 2000, gla 2000, NO adjustment needed for total room count difference. equal to subject. Brick Two-family Baychester Area. Features 3 Bedroom 1.5 Bath Over 2 Bedroom 1 bath. located in close proximity to transportation, shopping district. close to MTA Bus and train few minute drive to all major highways

**Sold 3**    adj for age -9000, gla -11000, bedroom -4000, lot size -2000, NO adjustment needed for total room count difference. equal to subject. Two family property offering 4/4 bedroom apartments with driveway parking. conveniently located close to all amenities with easy access to major highways and public transportation


**DRIVE-BY BPO**
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value
**$775,000**

## Subject Sales & Listing History

| Current Listing Status | Not Currently Listed | Listing History Comments |
|---|---|---|
| Listing Agency/Firm | | no listing history found. no sales history found |
| Listing Agent Name | | |
| Listing Agent Phone | | |
| # of Removed Listings in Previous 12 Months | 0 | |
| # of Sales in Previous 12 Months | 0 | |

| Original List Date | Original List Price | Final List Date | Final List Price | Result | Result Date | Result Price | Source |
|---|---|---|---|---|---|---|---|

## Marketing Strategy

| | As Is Price | Repaired Price |
|---|---|---|
| **Suggested List Price** | $790,000 | $790,000 |
| **Sales Price** | $775,000 | $775,000 |
| **30 Day Price** | $755,000 | -- |

**Comments Regarding Pricing Strategy**

very limited comps of similar gla and age in immediate area. search for sales over the past 3 months and within a .5 mile radius resulted in (3) sales of which (1) were comparable to subject. search expanded to 6 months/.5 miles for (10) additional sales of which (2) were comparable. it was absolutely necessary to expand all guidelines for the best meeting subjects criteria. All adjustments have been made accordingly. search for active listings within a .5 mile radius resulted in (7) listings of which (3) were comparable to subject. it was absolutely necessary to expand all guidelines for the best meeting subjects criteria. all other comps exceeding gla +/- 20% GLA /year built guidelines and/or have been updated. Due to the lack of available comps expanding radius was unavoidable. Please note exceeding radius guidelines has no impact on price/value all areas are considered to be similar markets and comparable. No adjustment needed for lot size – difference is minimal. Please note in this market area no adjustment is necessary for age difference of 20 years + or –. Market pricing falls in line with recent comparable area sales. Area prices have been stable in the past 6 months. subject appears to be in average condition therefore suggested market strategy as is condition. Listing prices in area are typically 10% - 20% above the final sale price. Average marketing time in area is 180 plus days. Please note crossing boundaries/highways /zip codes/school district has no impact on price range/value.

**DRIVE-BY BPO**
by ClearCapital

1815 ENDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
● As-Is Value

## Clear Capital Quality Assurance Comments Addendum

**Reviewer's Notes**  The broker's as-is conclusion reflects the market for the subject. Comps are within a reasonable distance, relatively current, and accurately reflect the subject's defining characteristics. Thus, the as-is conclusion appears to be adequately supported.

# DRIVE-BY BPO
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value
**$775,000**

## Subject Photos


Front


Front


Address Verification


Side


Side


Street

24-10685-pb Doc 19-4 Filed 07/11/24 Entered 07/11/24 15:08:32 g 9 of 17

DRIVE-BY BPO
by ClearCapital

1815 ENDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
As-Is Value

## Subject Photos



Street



Street

**DRIVE-BY BPO**
by ClearCapital

1815 EDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
● As-Is Value

## Listing Photos

**L1** 4346 Edson Avenue
Bronx, NY 10466



Front

**L2** 4027 Edson Avenue
Bronx, NY 10466



Front

**L3** 1779 Edenwald Avenue
Bronx, NY 10466



Front

**DRIVE-BY BPO**
by ClearCapital

1815 EDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
As-Is Value

## Sales Photos

**S1** 4129 Edson Ave
Bronx, NY 10466



Front

**S2** 4016 Baychester Ave
Bronx, NY 10466



Front

**S3** 920 E 226th St
Bronx, NY 10466



Front

Client(s): Fay Servicing (Non-ECOA)    Property ID: 35154484    Effective: 03/06/2024    Page: 10 of 15

# DRIVE-BY BPO
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

Loan Number

● As-Is Value  **$775,000**

## ClearMaps Addendum

| | | | |
|---|---|---|---|
| **Address** ⭐ 1815 Endenwald Ave, Bronx, NY 10466 | | | |
| **Loan Number** 273713 | **Suggested List** $790,000 | **Suggested Repaired** $790,000 | **Sale** $775,000 |



| Comparable | Address | Miles to Subject | Mapping Accuracy |
|---|---|---|---|
| ⭐ Subject | 1815 Endenwald Ave, Bronx, NY 10466 | -- | Parcel Match |
| L1 Listing 1 | 4346 Edson Avenue, Bronx, NY 10466 | 0.39 Miles [1] | Parcel Match |
| L2 Listing 2 | 4027 Edson Avenue, Bronx, NY 10466 | 0.23 Miles [1] | Parcel Match |
| L3 Listing 3 | 1779 Edenwald Avenue, Bronx, NY 10466 | 0.07 Miles [1] | Parcel Match |
| S1 Sold 1 | 4129 Edson Ave, Bronx, NY 10466 | 0.15 Miles [1] | Parcel Match |
| S2 Sold 2 | 4016 Baychester Ave, Bronx, NY 10466 | 0.28 Miles [1] | Parcel Match |
| S3 Sold 3 | 920 E 226th St, Bronx, NY 10466 | 0.53 Miles [1] | Parcel Match |

[1] The Comparable "Distance from Subject" value has been calculated by the Clear Capital system.
[2] The Comparable "Distance from Subject" value has been provided by the Real Estate Professional.

24-10685-pb    Doc 19-4    Filed 07/11/24    Entered 07/11/24 15:08:32    BPO    Pg 13 of 17

DRIVE-BY BPO
by ClearCapital

1815 ENDENWALD AVE
BRONX, NY 10466


Loan Number

$775,000
● As-Is Value

## Addendum: Report Purpose

### Market Approach and Market Time

The Market Approach of this report, as established by the customer, is: **Fair Market Price**. (See definition below.)
The Marketing Time as specified by the customer is **Typical**. (See definition below.)

| Definitions: | |
|---|---|
| Fair Market Price | A price at which the property would sell between a willing buyer and a willing seller neither being compelled by undue pressure and both having reasonable knowledge of relevant facts. |
| Distressed Price | A price at which the property would sell between a willing buyer and a seller acting under duress. |
| Marketing Time | The amount of time the property is exposed to a pool of prospective buyers before going into contract. The customer either specifies the number of days, requests a marketing time that is typical to the subject's market area and/or requests an abbreviated marketing time. |
| Typical for Local Market | The estimated time required to adequately expose the subject property to the market resulting in a contract of sale. |

24-10685-pb  Doc 19-4  Filed 07/11/24  Entered 07/11/24 15:08:32  BPO  Pg 14 of 17

**DRIVE-BY BPO**
by ClearCapital

1815 EDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
● As-Is Value

## Addendum: Report Purpose - cont.

### Report Instructions

This section shows the instructions that were approved by the customer and provided to the broker prior to completing the report.
*** Please Note: This is a RUSH assignment. Do not accept if you cannot meet the current due date and time. Please reference the set terms and contact Clear Capital at 530.582.5011 if you require any changes. Thanks! ***

Instructions last updated: 7/12/2017
Purpose:
Please determine a fair market price for this property at which it would sell in a typical marketing time for the area.

Customer Specific Note:

Comp proximity is this client's primary focus. Other search parameters can be expanded in order to provide comps from the subject's immediate neighborhood. If distance must be expanded, please provide a detailed explanation.

This customer has requested that online and MLS research be completed in order to accurately report the subjects listing history.

Comparable Requirements:

1. Please use comparables from the same neighborhood, block or subdivision whenever possible.
2. Use normal/non-distressed/unforced sales and listing comparables whenever possible. If distressed activity is the prevailing market force in the neighborhood, please ensure detailed comments are provided.
3. Do not use damaged or abandoned properties, foreclosures, REOs, or properties clearly inferior compared to the general neighborhood standard.
4. Whenever possible, use comps that have sold during a similar seasonal market as compared to the effective date of the report.
5. Whenever possible, use comps that have closed in the past 3 months to show the current market conditions. In rapidly changing markets, active listing comps should be given equal or greater weight than sold comps in your analysis.
6. In assessing the AS-IS price for the subject, please take it to mean:

- Normal/ non-distressed/ un-forced sale
- Properly and professionally marketed
- Taking place during the current seasonal market
- Allowing non-distressed marketing timelines typical for the neighborhood.

7. In assessing Quick Sale price for the subject, please take it to mean:

- Normal/ non-distressed/ unforced sales, allowing 30 days to secure a buyer
- Properly and professionally marketed.

Standard Instructions:
1. Clear Capital Code Of Conduct - Please make sure that you are always abiding by the Clear Capital Code of Conduct when completing valuation reports.
2. If the subject is currently listed, please consider all available information pertaining to the subject's condition. This information should be utilized when developing the assumption of the subject's condition.
3. Use the subject characteristics provided in the report Grid (if preloaded) to evaluate the property. This information is from a full interior appraisal and is assumed to be most accurate. If your inspection reveals obvious inaccuracies, please explain in the narrative of the report.
4. Include sufficient detail to help our mutual customer gain a complete understanding of the subject's neighborhood such as neighborhood desirability, amenities, parks, schools, commercial or industrial influences, REO activity, traffic, board-up-homes, etc.
5. Do not approach occupants or owners.
6. If the subject is a Commercial property, contact Clear Capital immediately at 530-582-5011 for direction on how to proceed with the report. Please do preliminary research on the subject before going out to the property.
7. Please do not accept if you or your office has completed a report on this

**DRIVE-BY BPO**
by ClearCapital

1815 EDENWALD AVE
BRONX, NY 10466

Loan Number

$775,000
● As-Is Value

## Report Instructions - cont.

property in the last 3 months, are currently listing this property, or have any vested interest in the subject property.
8. Clear Capital does not allow any log ins from IP addresses from foreign countries. This includes, but is not limited to; data entry services, form completion services, etc. Also, it is against Clear Capital code of conduct to share your password with anyone who is not a W2 employee in your office.
9. Clear Capital and our mutual customers greatly appreciate your expertise. If you cannot personally inspect the property, select comparables, and determine a price for the subject, please do not accept this report. Per the standards and guidelines adopted by Clear Capital and other industry leaders, the use of assistants to complete any of the aforementioned tasks is not permitted.
10. No part of your analysis or reporting may be based on the race, color, religion, sex, actual or perceived sexual orientation, actual or perceived gender identity, age, actual or perceived marital status, disability, familial status, national origin of either the prospective owners or occupants of the subject property, present owners or occupants of the property, or present owners or occupants of the properties in the vicinity of the subject property, or on any other basis prohibited by federal, state or local law.
Terms of Use, Code of Conduct and Professional Discretion
If you accept and perform this assignment, you do so in accordance with the Clear Capital Vendor Agreement Terms of Use and Code of Conduct to which you agreed.
All interactions with consumers (borrowers, homeowners, POCs, etc.) must be performed in a professional manner. Should you observe any concerning or suspicious activity while you engage with a consumer whether onsite or otherwise, please contact Clear Capital immediately. Please refrain from discussing anything related to the observation with the consumer directly. This includes suspected elder abuse, elder financial abuse, vulnerable adults, fraud, forgery or any violations of local, state or federal laws.

Due to the importance of an independent opinion of price, please do not discuss your price with anyone or be influenced by list price, pending offers, accept comp packets, repair estimates or the listing agent's opinion.
Photo Instructions:

1. Photos should be clear of car window glare, door frames, and mirrors.
2. One current, original photo of the front of the subject, framed and focused, parallel to the horizon.
3. One address verification photo
4. One street scene photo looking down the street
5. Damages (upload enough photos to support your repair cost estimates.)
6. MLS photos of all (3) sold comparables, if available
7. MLS photos of all (3) listing comparables, if available

# DRIVE-BY BPO
by ClearCapital

**1815 ENDENWALD AVE**
BRONX, NY 10466

**273713**
Loan Number

● **$775,000**
As-Is Value

## Broker Information

| | | | |
|---|---|---|---|
| **Broker Name** | Frank Aromando | **Company/Brokerage** | FA Enterprises DOB Keller Williams |
| **License No** | 35AR0950633 | **Address** | 2300 Eastchester road Bronx NY 10469 |
| **License Expiration** | 07/19/2025 | **License State** | NY |
| **Phone** | 9178167124 | **Email** | faenterprises@live.com |
| **Broker Distance to Subject** | 2.26 miles | **Date Signed** | 03/06/2024 |

*By confirming the above contact and real estate license information and submitting the report, the above signed hereby certifies and agrees that: 1) I personally took the pictures, selected comparables, and determined the price conclusion. 2) To the best of my knowledge, the statements of fact contained in this report are true and correct. 3) The reported analyses, opinions, and conclusions are my personal, impartial, and unbiased professional analyses, opinions, and conclusions. 4) I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved. 5) I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment. 6) My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined price point. 7) I did not base, either partially or completely, my analysis and/or opinion and conclusions in this report on race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law. 8) I maintain errors and omissions insurance, to the extent required by state law, for all liability associated with the preparation of this Report.*

**Disclaimer**

**This document is not an appraisal as defined by USPAP (Uniform Standards of Professional Appraisal Practice). It is not to be construed as an appraisal and may not be used as such for any purpose.**

Unless otherwise specifically agreed to in writing:
The intended purpose of this report is to assist the Clear Capital account holder in making decisions within the scope of applicable statutory and regulatory requirements and performing required due diligence. This document is provided solely for the use of the Clear Capital account holder and not any other party, is not intended as any guarantee of value and/or condition of the subject property and should not be relied on as such. In the event that this document is found to be defective, incorrect, negligently prepared or unfit for its authorized use, Clear Capital's sole liability shall be to promptly refund the total fee expended by the account holder for this report or to replace it at no charge to the account holder, but in no event shall Clear Capital be responsible to the account holder for any indirect or consequential damages whatsoever. This warranty is in lieu of all other warranties, express or implied, except where otherwise required by law. The account holder shall notify Clear Capital within thirty (30) days of this report's delivery to the account holder if it believes that this document is defective, incorrect, negligently prepared or unfit for its authorized use. Under no circumstances may Clear Capital forms or their contents be published, copied, replicated, or mimicked.



**Invoice Number: 35154484**
**Invoice Date: 03/06/2024**
**Due Date: 04/05/2024**

| Billed To: | Payable To: | Wire/ACH Information: |
|---|---|---|
| Fay Servicing (Non-ECOA)<br>Accounts Payable<br>440 South LaSalle, Suite 2000<br>Chicago, IL 60605<br>Phone: 312.257.3209 | ClearCapital.com, Inc.<br>Tax ID: 68-0474135<br>P.O. Box 885176<br>Los Angeles, CA 90088-5176<br>Email: accounting@clearcapital.com<br>Phone: 530.550.2500 | Bank Name: Umpqua Bank<br>Address: 500 Auburn Folsom Road<br>Auburn, CA 95603<br>Routing/ABA Number: 123205054<br>Account Name: ClearCapital.com, Inc<br>Account Number: 991200338 |

| | Tracking 1 | Loan Number | Customer Provided Unique Id | Trustor | Property | Price | Total |
|---|---|---|---|---|---|---|---|
| **Order: Mon Mar 04 24 5:00P - Tue Mar 05 24 5:00P Batch, Ordered on 03/05/2024 by Angela Mwila (Order ID: 9196375: 1 Prop at $133)** | | | | | | | |
| 1) | ▇▇▇▇ | ▇▇▇▇ | | DAGUILAR, DAWN | 1815 ENDENWALD AVE BRONX NY 10466 | $133.00 | |
| | Drive-by BPO | | | | | | |
| | | | | | **Order Subtotal:** | | + $133.00 |
| | | | | | **State Sales Tax:** | | $0.00 |
| | | | | | **Invoice Total:** | | $133.00 |