# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| In Re: | **ORDER** |
| Dawn D'Aguilar | Case No.: 24-10685-pb |
| | (Chapter 13) |
| Debtor. | |
| | Assigned to: |
| | Hon. Philip Bentley |
| _____ | Bankruptcy Judge |

    Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF9 Master Participation Trust, a secured creditor of Debtor, ("Secured Creditor") having moved this Court for an Order modifying the Automatic Stay in this proceeding by permitting said Secured Creditor to foreclose on the mortgage of premises commonly known as 1815 Endenwald Avenue, Bronx, NY 10466, of which the Debtor is the owner of record, and

    The motion having come to be heard before this Court and no opposition having been submitted by the Chapter 13 Trustee, by the U.S. Trustee, or by the Debtor, and due deliberation having been had, now

    Upon Reading and Filing of the Notice of Motion, the Application of Secured Creditor dated Eleventh day of July, 2024, and proof of service upon all necessary parties, upon motion of the Office of Gross Polowy LLC, it is hereby

    ORDERED, that as to the Secured Creditor or its successors or assigns, the automatic stay is terminated, permitting it to foreclose or otherwise pursue its mortgage remedies and rights on the premises commonly known as 1815 Endenwald Avenue, Bronx, NY 10466; and it is further

ORDERED, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property and surplus money proceedings.

DATED:   New York, New York
_____

_____
Hon. PHILIP BENTLEY