UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

In re:

Dawn D'Aguilar

Debtor

-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**

Case No.: 24-10685-pb
(Chapter 13)

Assigned to:
Hon. Philip Bentley
Bankruptcy Judge

  I, Maria Martin, certify that on July 11 2024, I caused to be served, a true copy of the Motion for Relief on the following parties as indicated below.

| Name and Address of Party Served | Mode of Service |
|---|---|
| Dawn D'Aguilar<br>P.O. Box 1351<br>Bronx, NY 10466 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| Thomas C. Frost, Esq.<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| U.S. trustee<br>Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |

| | |
|---|---|
| Chambers of the Honorable Philip Bentley<br>pb.chambers@nysb.uscourts.gov | ☐ First class mail via USPS<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |

/s/ Maria Martin
Maria Martin
Legal Assistant